UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

A.A.(Minor), EVA AL-ZAGHARI,
SHIRLEY V. REMMERT,

    Plaintiff(s),

vs.

REJA AL-ZAGHARI, et al.,

    Defendant(s).

No. C 01-2870 MHP

**ORDER DENYING MOTION FOR LEAVE**

    Plaintiffs have filed a motion for leave to file a motion vacating the vexatious litigant order in this action. An order was entered on August 15, 2001 ordering pre-filing review. Despite that order plaintiffs have filed or attempted to file over forty (40) actions in this court. All, except five or six  appeals from the bankruptcy court, have involved the same issues having to do with family law matters heard and resolved in the state court. Plaintiff Shirley Remmert has filed or attempted to file numerous actions on her own behalf, on behalf of her daughter who is under a conservatorship and on behalf of her minor grandson related to custody issues.

    This court has repeatedly advised plaintiff to cease filing actions in this court over which this court has no jurisdiction and which merely are other versions of the same complaints that have been previously dismissed or were barred by the pre-filing review order.

    This latest filing is an apparent attempt to revive all of those claims in an omnibus complaint against a myriad of defendants plaintiffs have already sued or attempted to sue, e.g., other members of the al-Zaghari family, various state and local courts and county officials, to name only a few.

Plaintiff Shirley V. Remmert has abused the court system and has by her conduct since the filing of the pre-filing review order demonstrated that she truly is a vexatious litigant. Therefore, the motion for leave to file a motion to vacate the pre-filing review order is **DENIED**. The Clerk of Court shall not file the motion and other accompanying papers.

IT IS SO ORDERED.

Date: May 4, 2009

_____
MARILYN HALL PATEL
Judge, United States District Court
Northern District of California

**ENDNOTES**

3