UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHIRLEY V. REMMERT,

    Plaintiff(s),

vs.

STATE OF CALIFORNIA, et al.,

    Defendant(s).
_____/

No. C 01-2870  MHP

**ORDER DENYING MOTION FOR LEAVE**

    Plaintiff has submitted a motion for leave to file an application for a pre-filing order permitting her to file a motion for a temporary restraining order. An order was entered on August 15, 2001 ordering pre-filing review. Despite that order plaintiff has filed or attempted to file over forty (40) actions in this court. Nearly all of these actions involve the same issues and relate to matters pending before or conducted by the state court and over which this court has no jurisdiction. The current attempt is no different.

    Plaintiff Shirley Remmert continues to complain of mistreatment of herself, her daughter and, in this present effort, her mother. For all the reasons this court has set forth before, this court lacks jurisdiction over plaintiff's claims. Complaints about the state court and its personnel and judges is properly addressed on appeal within the state court system. The motion made in this action, which was dismissed long ago, is yet another sequence in the string of plaintiff's vexatious and frivolous litigation..

1    This court has repeatedly advised plaintiff to cease filing actions in this court over which this
2 court has no jurisdiction and which merely are other versions of the same complaints that have been
3 previously dismissed or were barred by the pre-filing review order.
4    Plaintiff Shirley V. Remmert has abused the court system and has by her conduct since the
5 filing of the pre-filing review order demonstrated that she truly is a vexatious litigant.  Therefore, the
6 motion for leave to file a motion to for a temporary restraining order is **DENIED**.  The Clerk of
7 Court shall not file the motion and other accompanying papers.

9    IT IS SO ORDERED.

11 Date: January 4, 2011

_____
MARILYN HALL PATEL
Judge, United States District Court
Northern District of California

2