UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI AL-ZAGHARI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>REJA AL-ZAGHARI, et al.,<br><br>Defendants. | Case No. 01-cv-02870-MHP  (HSG)<br><br>**ORDER DENYING MOTION TO VACATE VEXATIOUS LITIGANT ORDER AND DENYING MOTION FOR PREFILING ORDER** |

Plaintiff has submitted a motion to vacate the vexatious litigant order (Dkt. No. 8) or, in the alternative, for a pre-filing order permitting her to file a "Complaint of False Imprisonment, Kept as Hostage, Torture, and Human Trafficking." The Court **DENIES** the motion for the same reasons well articulated by Judge Patel in Dkt. No. 18, which apply equally to this motion. The Clerk of Court shall not file the motion and other accompanying papers.

**IT IS SO ORDERED.**

Dated:   2/9/2023

*[signature]*

HAYWOOD S. GILLIAM, JR.
United States District Judge